IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02128-RPM

HACKSTAFF LAW GROUP, LLC,
JAMES C. HACKSTAFF, and
JOHN T. SNOW,

        Plaintiffs,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

        Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that  a scheduling conference will be held on **September 27, 2012, at 10:00

a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for

Preparation  of  Scheduling  Order  which  may  be  found  at

**http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures)

and use the format provided with those instructions (Rev. 11/11).  The proposed order (original

only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 20, 2012.**  The

conference is conducted with lead counsel present in person.  No parties or representatives of

parties will be permitted to attend.

        Dated: August 20th, 2012

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge